AGNES M. GARDNER, Appellant, v. RAYMOND J. GARDNER, Respondent.— Order granting motion to reduce alimony and modifying order dated June 22,

1928, affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.